UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PURETERRA NATURALS, INC., d/b/a
Calm Coat; KRISTEN WATTERS; and
JULIE NUGENT,

    Plaintiffs,
v.                      Case No. 8:09-cv-797-T-33MAP

CUT-HEAL ANIMAL CARE PRODUCTS,
INC.,

    Defendant.
_____/

**ORDER**

This matter comes before the Court pursuant to Plaintiffs' Motion for Entry of Default (Doc. # 25) and Defendant's Motion for Leave to File Answer to Complaint Out of Time (Doc. # 27), both filed on January 13, 2010.

**Analysis**

Plaintiffs initiated this patent infringement action concerning animal care products by filing a one-count complaint on April 28, 2009. (Doc. # 1). On June 5, 2009, Defendant filed a motion to dismiss the complaint. (Doc. # 5). After multiple extensions of time, Plaintiffs filed a response in opposition to the motion to dismiss. (Doc. ## 6, 7, 9, 10, 11, 12). On December 9, 2009, the Court entered an order denying Defendant's motion to dismiss. (Doc. # 23). The Court's order denying the motion to dismiss triggered

Defendant's responsibility to file an answer to the complaint. See Rule 12(a)(4)(A).

Defendant failed to file a timely answer, and on January 13, 2010, Plaintiffs moved for the entry of a clerk's default against Defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. (Doc. # 25). Five hours later, Defendant filed its motion for leave to file an answer out of time. (Doc. # 27). Defendant's counsel explained that he "inadvertently failed to calendar the fourteen day deadline due to an administrative oversight that occurred during the holidays and was unaware that the deadline had passed until Plaintiffs filed their motion for entry of default." (Doc. # 27 at 1-2).[1]

Plaintiffs did not file a response in opposition to Defendant's motion for leave to file its answer out of time, and the time for Plaintiffs to do so has expired.

The Court finds it appropriate to grant Defendant's motion to file an answer out of time. The Court notes that Defendant has not previously sought an extension in this case, and the Court accepts Defendant's untimely answer. (Doc. #

---

[1] Defendant also filed its answer and affirmative defenses on January 13, 2010. (Doc. # 26).

26). Thus, the Court denies Plaintiffs' motion for clerk's default. (Doc. # 25).

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiffs' Motion for Entry of Default (Doc. # 25) is **DENIED**.

(2) Defendant's Motion for Leave to File Answer to Complaint Out of Time (Doc. # 27) is **GRANTED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>1st</u> day of February, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record