```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION

PURETERRA  NATURALS,  INC.,  d/b/a
Calm Coat; KRISTEN WATTERS; and
JULIE NUGENT,

        Plaintiffs,
v.                                  Case No. 8:09-cv-797-T-33MAP

CUT-HEAL ANIMAL CARE PRODUCTS,
INC.,

        Defendant.
_____/
```

### ORDER

This matter comes before the Court pursuant to the parties' Status Report (Doc. # 40), which was filed on August 16, 2010.

### Discussion

On June 15, 2010, the parties filed a joint stipulation to stay the case and extend the discovery deadline (Doc. # 35). On June 16, 2010, the Court entered an Order staying the case until August 2, 2010, extending the discovery deadline to August 16, 2010, and extending the dispositive motions deadline to September 17, 2010. (Doc. # 36).

In the present status report, the parties request an additional 30 days' stay, and a further extension of the case management deadlines. The parties represent that such relief is being sought in an effort to reach an amicable settlement.

The Court will grant the stay and extension sought in the status report. In so staying and extending the deadlines of this case, this Court is mindful of its broad discretion over the manner in which it manages the cases before it, <u>Chrysler Int'l Corp. v. Chemaly</u>, 280 F.3d 1358, 1360 (11th Cir. 2002), and finds that the relief requested by the parties is reasonable and appropriate under the circumstances.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) This case is **STAYED** until September 17, 2010.

(2) The discovery deadline is extended to October 18, 2010, and the dispositive motions deadline is extended to November 17, 2010.

(3) The Clerk is directed to issue an amended Case Management and Scheduling Order incorporating these extensions and further extending the deadlines as necessary.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>16th</u> day of August 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record