```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

PURETERRA NATURALS, INC., d/b/a
Calm Coat; KRISTEN WATTERS; and
JULIE NUGENT,

      Plaintiffs,
v.                                    Case No. 8:09-cv-797-T-33MAP

CUT-HEAL ANIMAL CARE PRODUCTS,
INC.,

      Defendant.
_____/

## ORDER

This matter comes before the Court *sua sponte*. On August 16, 2010, this Court entered an Order staying this case, pursuant to the parties' request, until September 17, 2010. (Doc. # 41). The stay of this case has expired by its own terms, and the parties have not requested an extension of the stay. Therefore, the Court lifts the stay of this Case.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

The stay of this case is **LIFTED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 23rd day of September 2010.

                              VIRGINIA M. HERNANDEZ COVINGTON
                              UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record